

# NUMBER 13-12-00787-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**RAMIRO R. ARMENDARIZ,**                                     **Appellant,**

**v.**

**STATE FARM LLOYDS AND DANIEL LONGORIA,**          **Appellees.**

---

### On appeal from the 445th District Court
### of Cameron County, Texas.

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Longoria**
**Memorandum Opinion Per Curiam**

Appellant, Ramiro R. Armendariz, perfected an appeal from a judgment entered by the 445th District Court of Cameron County, Texas, in cause number 2011-DCL-05958-I. On April 1, 2015, the appeal was abated for purposes of finalizing settlement documents. The parties have now filed a joint motion to dismiss the appeal with prejudice on grounds that the parties have compromised and settled their dispute. The

parties request that this Court dismiss this appeal with prejudice, costs taxed to the party incurring same.   This appeal is hereby REINSTATED.

The Court, having considered the documents on file and the joint motion to dismiss with prejudice, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a).   The joint motion to dismiss is GRANTED, and the appeal is hereby DISMISSED WITH PREJUDICE.   In accordance with the agreement of the parties, costs are taxed against the party incurring same.   *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").   Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.   All pending motions are hereby DISMISSED AS MOOT.


PER CURIAM

Delivered and filed the
9th day of March, 2015.

2